## Jackson, ex dem. Kemp and others, v. Parker and Brewster.

CAINES applied for a rule, ordering the plaintiff, who had obtained a verdict, to make up the record within a given time, or that the defendant have leave

Feb. Term, to do it for him, as the verdict was complete evidence
1805.            for the defendant, in a suit in chancery, between the
same parties.

*Smith* resisted the application, because the defendant had never requested it to be done.

*Per Curiam.* Take your rule, allowing twenty
* *Kettletas* v. days* for the plaintiff to make up the record and car-
*North, ante,* p. ry in the roll, but without costs on either side. Not
54. four days to the defendant, because he ought to have made a
allowed.         request to the plaintiff before notice of application to
the court, and we refuse them to the plaintiff, because he ought not to have come here to resist.